

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00276-CV

| | | |
|---|---|---|
| In the Interest of K.R. and N.R., Children | § | From the 442nd District Court |
| | § | of Denton County (2010-61172-393) |
| | § | |
| | § | June 9, 2016 |
| | § | Opinion by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed and remanded in part. We reverse that portion of the trial court's judgment that pertains to child support and remand the case for a new trial on that issue. We affirm the remainder of the trial court's judgment

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Bonnie Sudderth_____
    Justice Bonnie Sudderth